IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LULA WESTBROOK, | § |
| Plaintiff, | § § § |
| v. | §  No. 3:24-cv-01731-E (BT) |
| HEALTH AND HUMAN SERVICES COMMISSION OFFICE, ET AL., | § § § § |
| Defendants. | § § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto,[1] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's case will be **DISMISSED**.

**SIGNED on this 17th day of October, 2024.**

ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] No objections were filed.